IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brian S. Hooker, Ph.D., P.E. <br><br> Plaintiff, <br> v. <br><br> Kathleen Sebelius as Secretary of The United States Department of Health and Human Services, <br><br> and <br><br> Thomas R. Frieden, MD, MPH as Director, The Centers for Disease Control and Prevention, <br><br> Defendants. | Civil Action No. 11-cv-01276 (ABJ) <br><br> ECF |

## (Proposed) ORDER

**Having considered** the Plaintiff's Motion For Costs, Expert Witness Fees And Attorneys' Fees, and the record herein, it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**.

**SO ORDRED** on this _____ day of July, 2013.

_____
HON. AMY BERMAN JACKSON
United States District Judge

1